JS - 6

**FILED: 6/12/12**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Maria Giron*, | CASE NO. ED CV 12-0541-GHK (SPx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Mortgage Electronic Registration Systems, Inc., et al.*, | |
| Defendants. | |

Pursuant to the Court's June 12, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Maria Giron's ("Plaintiff") claims against Defendants Mortgage Electronic Registration Systems, Inc., Bank of America, N.A., and Federal Home Loan Mortgage Corporation are **DISMISSED with prejudice**, and Plaintiff's claims against Defendant Quality Loan Service Corporation are **DISMISSED without prejudice**. The notice of lis pendens on the real property located at 5486 Trail Canyon Dr., Mira Loma, California **SHALL be EXPUNGED**.

**IT IS SO ORDERED**.

DATED: June 12, 2012

_____
GEORGE H. KING
United States District Judge